| | | |
|---|---|---|
| Salyamov v Lyhovsky | 1st Dept: 147 AD3d 450 | denied |
| Shelmerdine v Myers | 3d Dept: 143 AD3d 1200 | denied |
| Workers' Compensation Bd. of State of N.Y. v Old Lamson Sta., Inc. | 4th Dept: 147 AD3d 1460 | denied |